UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :      Hon. Susan D. Wigenton
                                 Crim. No. 09-717
        v.                :
                                 CONTINUANCE ORDER
GALIP DEDEKARGINOGLU      :


        This matter having come before the Court on the
application of defendant Galip Dedekarginoglu (by Patrick A.
Mullin, Esq.), to which Paul J. Fishman, United States Attorney
for the District of New Jersey (by Christine Magdo, Assistant
U.S. Attorney) does not object, for an order granting a
continuance of the proceedings in the above-captioned matter, and
the defendant being aware that he has a right to have the matter
brought to trial within 70 days of the date of his appearance
before a judicial officer of this court pursuant to Title 18 of
the United States Code, Section 3161(c)(1), and as the defendant
having requested a continuance, and for good and sufficient cause
shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.  The defendant requires additional time for
effective preparation for trial;

        2.  Defendant has consented to the aforementioned
continuance; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _2ND_ day of November, 2009,

IT IS ORDERED that pretrial motions shall be filed by January 11, 2010, opposition to pretrial motions shall by filed by February 1, 2010, the argument of the motions is scheduled for February 8, 2010, and the trial is scheduled for February 9, 2010; and

IT IS FURTHER ORDERED that the period from December 15, 2009 through February 9, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

CHRISTINE MAGDO, AUSA

PATRICK MULLIN, ESQ.