United States District Court
District of New Jersey

UNITED STATES OF AMERICA  :        Hon. Susan D. Wigenton
                                    Crim. No. 09-717
      v.                     :
                                    **CONTINUANCE ORDER**
GALIP DEDEKARGINOGLU       :

      This matter having come before the Court on the application of defendant Galip Dedekarginoglu (by Patrick A. Mullin, Esq.), to which Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine Magdo, Assistant U.S. Attorney) does not object, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161 (c)(1), and as the defendant having requested a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1. The defendant requires additional time for effective preparation for trial;

      2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161 (h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 5th day of January, 2010,

IT IS ORDERED that pretrial motions shall be filed by March 11, 2010, opposition to pretrial motions shall be filed by April 1, 2010, the argument of the motions is scheduled for April 8, 2010, and the trial is scheduled for April 19, 2010; and

IT IS FURTHER ORDERED that the period from January 15, 2010 through April 19, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161 (h)(7).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

CHRISTINE MAGDO, AUSA

PATRICK A. MULLIN, ESQ.