United States District Court
District of New Jersey

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton
Crim. No. 09-717

v.

CONTINUANCE ORDER

GALIP DEDEKARGINOGLU

This matter having come before the Court on the application of defendant Galip Dedekarginoglu (by Patrick A. Mullin, Esq.), to which Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine Magdo, Assistant U.S. Attorney) does not object, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 60 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161 (c)(1), and as the defendant having requested a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant requires additional time for effective preparation for trial;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161 (h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _23rd_ day of February, 2010,

IT IS ORDERED that pretrial motions shall be filed by May 10, 2010, opposition to pretrial motions shall be filed by May 31, 2010, the argument of the motions is scheduled for June 14, 2010, and the trial is scheduled for June 21, 2010; and

IT IS FURTHER ORDERED that the period from April 19, 2010 through June 21, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161 (h)(7).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

CHRISTINE MAGDO, AUSA

PATRICK A. MULLIN, ESQ.