**United States District Court**
**District of New Jersey**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Hon. Susan D. Wigenton |
| : | Crim No. 09-717 |
| v. : | |
| : | **CONSENT ORDER MODIFYING** |
| **GALIP DEDEKARGINOGLU** : | **CONDITIONS OF PRETRIAL RELEASE** |

This matter having been brought to the Court before the Honorable Susan D. Wigenton, U.S.D.J., by the law firm of Patrick Mullin, Esq., attorneys for Defendant, Galip Dedekarginoglu ("Defendant"), and Paul J. Fishman, Esq., United States Attorney for the District of New Jersey (Christine Magdo, Esq., Assistant United States Attorney) having consented thereto and Pretrial Services Agency, through Officer Jonathan Muller, having consented thereto, for an **Order Modifying the Conditions of Pretrial Release**;

IT IS on this 10th day of May, 2010,

1. **ORDERED** that Defendant shall be subject to Home Detention with "Curfew" restricting Defendant to his residence from 10:00 p.m. to 6:00 a.m. every day with electronic monitoring, and permitting Defendant's travel within the State of New Jersey from 6:00 a.m. to 10:00 p.m. every day for all usual and lawful purposes, subject to approval by Pre-Trial Services;

2. **ORDERED** that Sebnem Dedekarginoglu shall continue as third party custodian and shall (a) supervise the defendant in accordance with all the conditions of release, (b) use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) notify the court immediately in the event the defendant violates any conditions of release or disappears. Sebnem Dedekarginoglu shall no longer be required to be with the defendant at all times outside his home. Defendant's wife, Asuman Dedekarginoglu, shall no longer be a third party custodian;

3. **ORDERED** that Defendant's wife, Asuman Dedekarginoglu, and daughters, Sebnem Dedekarginoglu and Sule Dedekarginoglu, shall have immediate return of all passports, under the condition that Asuman Dedekarginoglu, Sebnem Dedekarginoglu, and Sule Dedekarginolgu are free to travel internationally upon providing forty-eight hours notice to Pre-Trial Services before travelling outside the United States.

4. **ORDERED** that all other previously imposed terms of Defendant's pretrial release shall remain in full force and effect; and

1

5.  **ORDERED** that a copy of this Order shall be served upon all parties within ___ days.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

Form and Entry
consented to:

_____
CHRISTINE MAGDO, AUSA

_____
PATRICK A. MULLIN, ESQ.
**Attorney for Defendant**

2