UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | | Crim. No. 09-717 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| GALIP DEDEKARGINOGLU | : | |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Christine Magdo, Assistant U.S. Attorney) to which defendant Galip Dedekarginoglu (by Patrick A. Mullin, Esq.), does not object, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The unavailability of an essential witness for the Government, namely, Special Agent Meghan Marino of the Defense Criminal Investigative Service, who is the case agent;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _10th_ day of May, 2010,

IT IS ORDERED that all defense pretrial motions, including Rule 12 and Rule 41 applications, shall be filed by December 1, 2010; Government opposition to defense pretrial motions and Government cross-motions shall by filed by December 22, 2010; oral argument of the motions is scheduled for January 4, 2011; and the trial is scheduled for January 11, 2011; and

IT IS FURTHER ORDERED that the period from June 21, 2010 through January 11, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry consented to:

_____
CHRISTINE MAGDO, AUSA

_____
PATRICK MULLIN, ESQ.