UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 09-717 |
| H. GALIP DEDEKARGINOGLU | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lisa Rose and Joyce M. Malliet, Assistant U.S. Attorneys) and defendant H. Galip Dedekarginoglu (by Patrick A. Mullin, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); the defendant being present and consenting to such a continuance; the Court having considered the record in this matter; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance in this proceeding would result in a miscarriage of justice pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i);

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 22nd day of December 2010,

IT IS ORDERED that the period from January 11, 2011 through March 21, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. ~~SUSAN D. WIGENTON~~ Michael A. Shipp
United States ~~District~~ Judge
Magistrate

Form and entry
consented to:

Joyce M. Malliet
Assistant U.S. Attorney

Patrick A. Mullin, Esq.
Counsel for defendant H. GALIP DEDEKARGINOGLU