UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                    )
                                             )
                              Plaintiff,     )     Crim. Action No. 09-717 (SDW)
                                             )
                                             )
            v.                               )
                                             )
                                             )     CONSENT ORDER
H. GALIP DEDEKARGINOGLU,                      )     MODIFYING CONDITIONS OF
                                             )     PRETRIAL RELEASE
                              Defendant.     )
                                             )

With good cause being shown, **IT IS** on this _22nd_ day of December, 2010,

1.     **ORDERED** that the following condition of Defendant's pretrial release be

removed:

> *Home Detention with "Curfew" restricting Defendant to*
> *his residence from 10:00 p.m. to 6:00 a.m. every day with*
> *electronic monitoring, and permitting Defendant's travel*
> *within the State of New Jersey from 6:00 a.m. to 10:00 p.m.*
> *every day;*

2.     **ORDERED** that Defendant shall be permitted to travel within the State of New

Jersey and the State of New York at any and all hours for all usual and lawful

purposes and allowing Defendant's international travel to Turkey for business

purposes, subject to approval by the United States Pretrial Services Agency for

the District of New Jersey;

3.     **ORDERED** that Defendant's passport be returned to him during his trips to

Turkey that have been approved by the United States Pretrial Services Agency for

the District of New Jersey, with Defendant's passport to otherwise be maintained

by the Pretrial Services Agency at all other times until conclusion of this matter;

4.      **ORDERED** that all other previously imposed terms of Defendant's pretrial

release shall remain in full force and effect; and

5.      **ORDERED** that a copy of this Order shall be served upon all parties within ___

days.

DATED: 22ᵈᵈ, December, 2010

_____
HONORABLE SUSAN D. WIGENTON Michael A. Shipp
United States District Court Judge
Magistrate

Form and Entry consented to:

_____
JOYCE M. MALLIET, AUSA

_____
PATRICK A. MULLIN, ESQ.
Attorney for Defendant,
H. Galip Dedekarginoglu