JMM/2006R00529

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-717 |
| v. | : | Hon. Susan D. Wigenton |
| H. GALIP DEDEKARGINOGLU | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 09-717, against H. GALIP DEDEKARGINOGLU, charging conspiracy to commit wire fraud and wire fraud, in violation of Title 18, United States Code, Sections 1349, 1343, and 2, because further prosecution is not in the interests of the United States at this time.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Date: June 27, 2011